**IT IS ORDERED as set forth below:**



Date: May 20, 2019

_____
Susan D. Barrett
United States Bankruptcy Judge
Southern District of Georgia

---

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of:  )    Chapter 13 Case No. 19-10259
                   )
Lisa Kay Owens,    )
                   )
                   )
         Debtor(s) )

## ORDER ON CONFIRMATION

After a hearing to consider confirmation of the plan in the above-styled Chapter 13 case it is hereby determined that confirmation is:

☐ Denied and the case is dismissed.

   ☐ Without prejudice;
   ☐ With prejudice against refiling for 180 days;
   ☐ Unless Debtor(s) counsel converts to a case under Chapter 7 within fourteen (14) days.

☐ Granted upon condition that:

   ☐ Debtor pay $_____ by _____;
   ☐ Debtor pay $_____per_____until_____;

104

Chapter 13 Case No. 19-10259

Page 2

☐ Debtor make all future payments to the Trustee in a timely manner. Upon any default, the Trustee shall file and serve a Notice of Non-compliance. If no request for a hearing is filed within seven (7) days of the Notice of Non-compliance, the case will be dismissed. No such request should be filed unless the Trustee's notice is factually inaccurate.

☒ Continued to July 29, 2019 at 2:00 p.m.

☐ With payments of $ _____ per _____ in the interim;

☒ Upon payment of $ 900.00 by July 29, 2019;

☐ Debtor's counsel is ordered to file a modified plan by _____;

☐ Debtor's counsel is ordered to file objection(s) to claim(s) by _____;

☐ Upon condition that Debtor(s):

☐ Debtor's counsel is ordered to file with the Clerk, within fourteen (14) days, a written certification that all State and Federal tax returns have been filed.

☒ Upon the failure of the Debtor or Debtor's counsel to strictly comply with the terms of this order the case may be dismissed without further notice or hearing.

**[END OF DOCUMENT]**

Submitted by:

*[signature]*

Chapter 13 Trustee/Attorney for
Huon Le, Jane Miller

13-01 {Rev. 7/05}